VENABLE LLP
Daniel S. Silverman (SBN 137864)
Email:  dsilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

THORPE NORTH & WESTERN LLP
Mark M. Bettilyon (*Pro Hac Vice* Application Pending)
Email:  mark.bettilyon@tnw.com
Peter M. de Jonge (*Pro Hac Vice* Application Pending)
Email:  dejonge@tnw.com
Jed H. Hansen (*Pro Hac Vice* Application Pending)
Email:  hansen@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone:  (801) 566-6633

Attorneys for Plaintiff
ALTERNA HOLDINGS CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| ALTERNA HOLDINGS CORP., | Case No.:  2:17-cv-05617-SJO(SKx) |
|---|---|
| Plaintiff, | Hon. S. James Otero<br>Courtroom 10C – West 1st Street |
| v. | **PROOF OF SERVICE** |
| FISK INDUSTRIES, INC., | Action Filed:   July 28, 2017<br>Trial Date:       None set |
| Defendant. | |

Civil Action No. **2:17-cv-05617 SJO (SKx)**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **FISK INDUSTRIES, INC.**
was received by me on **July 28, 2017**

☐ I personally served the on the individual at on

☐ I left the at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the **SUMMONS** and **COMPLAINT** to **Giselle Serrano, Manager**, who is designated by law to accept service of process on behalf of Fisk Industries, Inc., at **50 Ramland Road, Orangeburg, NY 10962** on **August 1, 2017** at **10:56 a.m.** ;or

☐ I returned the unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 8/1/2017

*Server's signature*

**Anthony Iavarone / Process Server**
*Printed name and title*

Ace Attorney Service, Inc.
400 Tenafly Road, Suite 70, Tenafly, NJ 07670
Phone: 201-367-3838

*Server's Address*

In addition to the SUMMONS and COMPLAINT, the following documents were also served:
CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); PLAINTIFF ALTERNA HOLDINGS CORP.'S CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTIOIN REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM