James C. Fedalen (State Bar No. 89184)
 *jfedalen@hfl-lawyers.com*
**HFL LAW GROUP, APC**
16633 Ventura Boulevard, Suite 1425
Encino, California 91436
Telephone (818) 377-9000
Facsimile (818) 377-9001

*Attorneys for Defendant* FISK INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERNA HOLDINGS CORP., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>FISK INDUSTRIES, INC. <br><br>　　　　　Defendant. | CASE NO.:  2:17-cv-5617-SJO (SKx) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: August 1, 2017 <br> Current Response Date: August 22, 2017 <br> **New Response Date: September 21, 2017** <br><br> 　Action Filed:　　July 28, 2017 <br> 　Trial Date:　　　None Set |

1  Plaintiff ALTERNA HOLDINGS CORP. ("Plaintiff") and Defendant FISK
2  INDUSTRIES, INC. ("Defendant"), by and through their respective counsel of
3  record, hereby stipulate and agree as follows:
4  WHEREAS, Plaintiff served the Summons and Complaint in this action upon
5  Defendant on August 1, 2017;
6  WHEREAS, pursuant to FRCP 12(a)(1)(A)(i), the date for Defendants to
7  answer or otherwise respond to the Complaint is currently August 22, 2017.
8  WHEREAS, Plaintiff and Defendant hereby stipulate to an extension of the
9  time to respond to Plaintiff's initial Complaint by thirty (30) days;
10 NOW THEREFORE, Plaintiff and Defendant hereby stipulate to an extension
11 of the time for Defendant to answer or otherwise respond to the Complaint from
12 August 22, 2017 to **September 21, 2017**.
13 **IT IS SO STIPULATED.**

Dated: August 22, 2017          **VENABLE LLP**

By: /s/ Daniel Silverman
Daniel S. Silverman
*Attorneys for Plaintiff* ALTERNA HOLDINGS CORP.

Dated: August 22, 2017          **HFL LAW GROUP, APC**

By: /s/ James C. Fedalen
James C. Fedalen
*Attorneys for Defendant* FISK INDUSTRIES, INC.

The filer hereof attests that all other signatories listed above on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.